# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY RAY EVANS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GONZALEZ, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:10-CV-01680-DLB PC<br><br>ORDER STRIKING MOTION FOR RECONSIDERATION AS UNSIGNED<br><br>(DOC. 19) |

　　　Plaintiff Anthony Ray Evans ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On September 1, 2010, Plaintiff filed his complaint in th Central District of California. On September 16, 2010, Plaintiff's case was transferred to the Eastern District of California. On April 25, 2011, the Court screened Plaintiff's complaint and dismissed it for failure to state a claim, with leave to amend. Pending before the Court is Plaintiff's motion for reconsideration, filed May 4, 2011.  Doc. 19.

　　　Plaintiff's motion is unsigned.  The Court cannot consider unsigned filings, and therefore will strike the motion.  Fed. R. Civ. P. 11(a).  The Court notes that Plaintiff's motion for reconsideration fails to present "what new or different facts or circumstances are claimed to exist

which did not exist or were not shown upon such prior motion, or what other grounds exist for the motion." L.R. 230(j)(3).

Based on the foregoing, it is HEREBY ORDERED that Plaintiff's motion is STRICKEN.

IT IS SO ORDERED.

Dated:   **May 6, 2011**                                  **/s/ Dennis L. Beck**
                                                         UNITED STATES MAGISTRATE JUDGE