# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY RAY EVANS, | CASE NO. 1:10-CV-01680-DLB PC |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | (DOC. 17) |
| GONZALEZ, et al., | RESPONSE DUE WITHIN EIGHTEEN (18) DAYS |
| Defendants. | |

Plaintiff Anthony Ray Evans ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation. Plaintiff filed his complaint on September 2, 2010. The Court screened Plaintiff's complaint on April 25, 2011, and dismissed the complaint for failure to state a claim, with leave to amend within thirty days. As of the date of this order, Plaintiff has failed to respond.

Accordingly, it is HEREBY ORDERED that Plaintiff is to show cause within eighteen (18) days from the date of service of this order why this action should not be dismissed for failure to obey a court order and failure to state a claim. Failure to show cause or otherwise respond will result in dismissal of this action for failure to obey a court order and failure to state a claim.

IT IS SO ORDERED.

Dated:   July 8, 2011                /s/ Dennis L. Beck
                                    UNITED STATES MAGISTRATE JUDGE

1